## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bigfoot 4x4, Inc.

                                        Plaintiff,

v.

Case No.: 1:23−cv−02623

Honorable Charles P. Kocoras

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

       MINUTE entry before the Honorable Charles P. Kocoras: Defendant goodsharing's motion to dismiss and vacate preliminary injunction [57] is stricken. Defendant goodsharing has neither an attorney appearance nor a pro se appearance on file. Its motion was filed by an individual, Jie Yushi, who does not appear to be a lawyer. The motion states that "Defendant goodsharing (Doe. 156) is an online store operated by an individual named [Jie Yushi] who locates in Shen Zhen, China." It seems that goodsharing may be a sole proprietorship, in which case it may represent itself pro se but must file a pro se appearance. If goodsharing is a corporation, LLC, or partnership, it must retain counsel in order to proceed. Defendant goodsharing may refile its motion after entering either a pro se appearance or attorney appearance.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.