# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bigfoot 4x4, Inc.

                            Plaintiff,

v.

Case No.: 1:23−cv−02623

Honorable Charles P. Kocoras

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: Defendant goodsharing is advised that the pro se appearance form is available online at: https://www.ilnd.uscourts.gov/_assets/_documents/_ forms/_online/ProSeApp.pdf. The Clerk's Office is directed to email a copy of this order, the Court's previous order [61], and a pro se appearance form to mgreatseller@163.com.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.