# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bigfoot 4x4, Inc.

          Plaintiff,

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

          Defendant.

Case No.: 1:23−cv−02623

Honorable Charles P. Kocoras

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 22, 2023:

    MINUTE entry before the Honorable Charles P. Kocoras: In light of the Notice of Voluntary Dismissal of Defendants SYW E−Commerce, WQQZJJ, XCX STORE, and YYNKM [66] filed on 8/22/23, motion to dismiss [49] is denied as moot and motion to vacate [50] is denied as moot. Hearing set for 8/24/23 is stricken. Additionally, Defendant goodsharing's motion to dismiss and vacate preliminary injunction [64] is entered and briefed as follows: Response is due by 9/19/23; reply is due by 10/3/23. Court will rule by mail.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.