IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIGFOOT 4x4, INC., | ) |
|         Plaintiff, | ) Case No. 23-cv-2623 )  ) |
| | ) Judge Charles P. Kocoras |
| v. | ) ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
|         Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BIGFOOT 4x4, INC. hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 5 | High Quality Furniture Co.Ltd |
| 7 | hua guai lan |
| 10 | jue ru gan shang mao |
| 11 | jue xu gu |
| 13 | lang guan you |
| 14 | li heng gan wang luo |
| 15 | Lifestyle Co.Ltd |
| 17 | LZH Home Co.Ltd |
| 18 | ma zhai an dian zi |
| 20 | MS Home Co. Ltd |
| 21 | Music Co.Ltd |
| 24 | ping mi zha ke ji |
| 28 | Shengbai Tong Co.Ltd |
| 29 | Shenzhen Wenxingwang Digital Technology Co., Ltd. |
| 34 | taiyuandaidengshengdianzishangwuyouxiangongsi |
| 36 | Ty motor Co. Ltd. |
| 37 | Universal Furniture Co.Ltd |
| 41 | xiao jing lan shang mao |
| 44 | zhailiyi |
| 45 | Atlantic Co. ltd |
| 47 | Chongqing Media Develop Co., Ltd |
| 48 | CJ Clothing Co.,Ltd. |
| 140 | chun tu qin dian zi |
| 158 | guai qin ke mao |
| 161 | ha guai xin |
| 167 | Huizhou Jinou Technology Co., Ltd. |
| 168 | Huizhou Ningjia Daily Necessities Co., Ltd. |

| | |
|---|---|
| 172 | ju jue li mao yi |
| 173 | jue jiang la dian zi |
| 177 | kong lai ha dian zi shang |
| 181 | LJW Grocery Store |
| 185 | Nanchang Yanxian Electronic Technology Co., LTD |
| 187 | pan jue qiang |
| 188 | Peima Department Store |
| 193 | shi jue pan ya shang mao |
| 194 | shuang jue teng shang mao |
| 195 | sitedianzi |
| 198 | SZ Home Tools Co. Ltd |
| 199 | SZBSY Trading Co. Ltd |
| 201 | tai yuan bo yi lai dian zi shang wu you xian gong si |
| 202 | tai yuan fang yu ji |
| 203 | tai yuan ji gang teng |
| 204 | tai yuan jiao te sen ke ji you xian gong si |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: September 26, 2023    By:    s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
BIGFOOT 4x4, INC.

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 26, 2023.

                                                      s/Michael A. Hierl